UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis Allen Jenkerson

        v.                Civil No. 10-cv-209-JD

US Social Security Adminstration, Commmissioner

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 7, 2011.

    SO ORDERED.


March 28, 2011                  /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge


cc:    Jeffry A. Schapira, Esq.
        Gretchen Leah Witt, Esq.